IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RANDY EUGENE BAILEY, #169804, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 3:16-CV-115-WKW [WO] |
| PHYLLIS J. BILLUPS, STATE OF ALABAMA, and STEVEN T. MARSHALL, ) ) ) ) | |
| Defendants. ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 24.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 24) is ADOPTED;

2. Mr. Bailey's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. # 1) is DENIED;

3. This action is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 16th day of February, 2018.

                                              /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE